IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANNE ZALOGA, | : | Civil Action No. 3:10-CV-2604 |
| EDWARD ZALOGA, D.O., C.P.A., | : | |
| CORRECTIONAL CARE, INC., | : | |
| | : | |
| Plaintiffs, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF MOOSIC, | : | |
| MOOSIC BOROUGH COUNCIL, | : | |
| MOOSIC BOROUGH PLANNING | : | |
| COMMISSION, | : | |
| MOOSIC BOROUGH ZONING | : | |
| BOARD OF ADJUSTMENTS, | : | |
| JOSEPH MERCATILI, | : | |
| JOSEPH DENTE, | : | |
| THOMAS HARRISON, | : | |
| BRYAN FAUVER, | : | |
| JAMES DURKIN, | : | |
| WILLARD HUGHES, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

And Now, this 22nd day of March 2017, **IT IS HEREBY ORDERED THAT**:

1.   Plaintiffs' Motion for Relief from Judgment is DENIED.  December 29, 2016, ECF No. 190.

BY THE COURT:

 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge